# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY | MDL No. 2:19-md-2921 |
| This applies to: | JUDGE BRIAN R. MARTINOTTI JUDGE JOSEPH A. DICKSON |
| ERIKA OLINGER, | Case No. 2:20-cv-00862 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| ALLERGAN, INC. f/k/a INAMED CORPORATION, ALLERGAN USA, INC., and ALLERGAN plc., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed, Plaintiff, Erika Olinger, hereby voluntarily dismisses all of her claims and demands against Defendant, Allergan PLC, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 21, 2020

Respectfully submitted,

*/s/ Claire E. Berg*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
plambert@gainsben.com
cberg@gainsben.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2020, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

**SO ORDERED:**

_/s/ Claire E. Berg_____
Claire E. Berg (#37029)

_____

**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** **May 21, 2020**